UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
FAIR HOUSING IN HUNTINGTON COMMITTEE,　　　Case No.: CV 02 2787
HUNTINGTON BRANCH NAACP, BERNARD　　　　　　(DRH)
PEYTON, ATHENA HAWKINS, LYNDA JOHN,　　　　　(WHW)
and IAN JOHN,

                           Plaintiffs,　　　　**NOTICE OF MOTION**

      - against -　　　　　　　　　　　　　　　(Return Date: May 3, 2006)

THE TOWN OF HUNTINGTON, NEW YORK,
TOWN BOARD OF THE TOWN OF HUNTINGTON,
and TOWN OF HUNTINGTON PLANNING BOARD,

                          Defendants.
------------------------------------------------------------------------x
S I R S :

      PLEASE TAKE NOTICE, that upon the accompanying memorandum of law, the affidavit of James G. Ryan, sworn to March 22, 2006, and the exhibits appended thereto and all prior proceedings had herein, a motion will be made to this Court before the Honorable Denis R. Hurley, to be held at the Courthouse located at Federal Plaza, Central Islip, New York on the 3rd day of May, 2006, at 9:30 o'clock in the forenoon on that day or as soon thereafter as counsel can be heard, for an order dismissing the complaint pursuant to Fed. R. Civ. P. 12(b) (7) and 12(c), and for such other and further relief as this Court may deem appropriate.

Dated: Garden City, New York
       March 22, 2006

                                    Yours, etc.

                                      CULLEN AND DYKMAN LLP

                                      By:    /s/  James G. Ryan
                                           James G. Ryan (JGR-9446)
                                           Attorneys for Defendants
                                           Office & P.O. Address
                                           100 Quentin Roosevelt Boulevard
                                           Garden City, New York 11530
                                           (516) 357-3750

TO:    Jeffrey Glekel, Esq.
Michael Birnbaum, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Attorneys for Plaintiffs
Four Times Square
New York, New York   10036

Nadine Cohen  (NC 4922)
Cheryl Ziegler  (CZ 0701)
Co-Counsel for Plaintiffs
LAWYERS' COMMITTEE FOR
 CIVIL RIGHTS OF THE BOSTON
 BAR ASSOCIATION
Suite 443
294 Washington Street
Boston, MA 02108

- and -

Dennis Courtland Hayes, Esq.
Hannibal G. Williams II
 Kemerer, Esq.
Of Counsel
THE NATIONAL ASSOCIATION FOR
 THE ADVANCEMENT OF COLORED PEOPLE
4805 Mt. Hope Drive
Baltimore, Maryland   21215